UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO

| | |
|---|---|
| IN RE: | CASE NO. 11-50303-L2-13 |
| MARIA MARTHA DE MONTANARO | |
| LUIS ENRIQUE DE MONTANARO | CHAPTER 13 |
| | |
| DEBTORS | |

### CHAPTER 13 TRUSTEE'S NOTICE CONCERNING MONTHLY MORTGAGE INSTALLMENT AMOUNT

The undersigned Chapter 13 Trustee is in receipt of a proof of claim specifying the amount of the monthly installment due on a claim dealt with in the Chapter 13 Plan pursuant to 11 U.S.C. § 1322(b)(5).

The name of the claimant is CARRINGTON MORTGAGE SERVICE. The proof of claim appears on the claims register of the Court as claim number 2 (dated 06/21/2012).

The proof of claim was filed after the date on which the Court confirmed the Chapter 13 Plan, thus, the plan and the Order Confirming Chapter 13 Plan, were based on the estimated monthly payment amount provided in the debtor's proposed plan. The amount of the payment in the proposed plan is 554.88. The amount of the monthly payment according to the proof of claim is $739.94 beginning in January, 2012.

Pursuant to 11 U.S.C. Sec. 502, the proof of claim is deemed allowed unless a party in interest objects. Pursuant to paragraph 4(A) of the plan, and Bankruptcy Local Rule 3015-1(a)(4), notice is hereby given that the Trustee will pay the amount specified in the proof of claim, unless a timely objection to the proof of claim, or motion to determine the mortgage installment amount is filed.

RESPECTFULLY SUBMITTED,

/s/ William E. Heitkamp
William E. Heitkamp, Trustee
9821 Katy Freeway Suite 590
Houston, TX  77024
(713) 722-1200 Telephone
(713) 722-1211 Facsimile

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was sent to all parties as listed below on July 16, 2012, either electronically or via U.S. First Class Mail.

| | | |
|---|---|---|
| UNITED STATES TRUSTEE<br>515 RUSK AVENUE<br>SUITE 3516<br>HOUSTON, TX  77002 | MARIA MARTHA DE MONTANARO<br>124 DOPHIN LN.<br>LAREDO, TX  78043 | GUTIERREZ JR, FERNANDO D<br>604 MATAMOROS ST<br>LAREDO, TX  78040 |
| | CARRINGTON MORTGAGE SERVICE<br>1610 EAST ST ANDREW PLACE #B-150<br>SANTA ANA, CA  92705 | MACKIE WOLF & ZIENTZ PC<br>14180 N DALLAS PARKWAY<br>SUITE 660<br>DALLAS, TX  75254 |

/s/ William E. Heitkamp
William E. Heitkamp, Trustee